Mattie WRIGHT, Appellant,

v.

The STATE of Texas, Appellee.

No. 28110.

Court of Criminal Appeals of Texas.

Feb. 29, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

The offense is the possession of whisky, gin, and beer for the purpose of sale in a dry area, with punishment assessed at a fine of $200 and thirty days in jail.

The record contains no statement of facts.

Appellant's objections to the trial court's charge are not subject to the consideration of this court in the absence of a statement of facts.

The judgment is affirmed.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

